

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-18-2006

# Michael v. Horn

Precedential or Non-Precedential: Precedential

Docket No. 04-9002

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Michael v. Horn" (2006). *2006 Decisions.* Paper 514.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/514

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 04-9002

———————

HUBERT L. MICHAEL,

Appellant

v.

MARTIN HORN, Commissioner, Pennsylvania Department of
Corrections; *DAVID DIGUGLIELMO, Superintendent of the State
Correctional Institution at Graterford; JOSEPH P. MAZURKIEWICZ,
Superintendent of the State Correctional Institution at Rockview

* (Amended – See Clerk's Order dated 1/6/05)

———————

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 96-cv-01554)
District Judge: Honorable Thomas I. Vanaskie

———————

Argued January 12, 2006

Before: AMBRO, GREENBERG and NYGAARD, <u>Circuit Judges</u>.

(Opinion filed August 18, 2006)

**ORDER  AMENDING  PUBLISHED  OPINION**

AMBRO, *Circuit Judge*

IT IS NOW ORDERED that the published Opinion in the above case filed August 18, 2006, be amended as follows:

On page 17, line 15, mid-page, replace the word "set" with "sent", so that the sentence will read:  "Michael sent a final letter on February 6."

By the Court,


/s/ Thomas L. Ambro
Circuit Judge


Dated: August 18, 2006